UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF MONROE, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>SETH STEVEN FISHER, an individual and sole proprietor d/b/a FISHER'S TOWING,<br><br>Defendants. | NO. 2:20-cv-01308-BJR<br><br>STIPULATION AND ORDER CONSOLIDATING RELATED CASES<br><br>*Clerk's Action Required* |
| SETH FISHER, a single person,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>CITY OF MONROE, a Washington municipal corporation; AMY BRIGHT, an individual; BEN SWANSON, an individual; TIM QUENZER, an individual; and MICHAEL FITZGERALD, an individual,<br><br>Counterclaim-Defendants. | NO. 2:20-cv-01253-BJR |

**I.  STIPULATION**

Whereas the Parties have conferred in good faith, and agree that the two matters identified above, which were both recently removed, are factually and legally related.  The

1  Parties further agree that judicial economy would be furthered by consolidation.  Accordingly,

2  the Parties hereby STIPULATE as follows.

3     *Seth Fisher v. City of Monroe et al.*, Cause No. 2:20-cv-01253, should be consolidated

4  into *City of Monroe v. Fisher*, Cause No. 2:20-cv-01308, which was the first-filed complaint in

5  superior court.

6     **SO STIPULATED.**

7

8  *s/Adam Rosenberg*
   Adam Rosenberg, WSBA #39256
9  WILLIAMS, KASTNER & GIBBS PLLC
   601 Union Street, Suite 4100
10 Seattle, WA 98101-2380
   Telephone: 206-628-6600
11 Fax: 206-628-6611
   Email: arosenberg@williamskastner.com
12 *Counsel for the City of Monroe and Counter-Defendants*

13

14 *s/J. Zachary Lell*
   J. Zachary Lell, WSBA, #28744
15 OGDEN MURPHY WALLACE P.L.L.C.
   901 Fifth Avenue, Suite 3500
16 Seattle, WA 98164
   Telephone 206-447-7000
17 Email: zlell@omwlaw.com
   *Counsel for the City of Monroe and Counter-Defendants*
18

19

20 *s/Bruce C. Galloway*
   Bruce C. Galloway, WSBA #15765
21 Ryan S. Mathison, WSBA #56000
   Galloway Law Group, PLLC
22 12101 N. Lakeshore Dr.
   Lake Stevens, WA 98258
23 Ph: 425-334-4400
   Fax: 425-334-2149
24 Email: bruce@glgpllc.com
   Email: ryan@glgpllc.com
25 *Counsel for Seth Fisher and Fisher's Towing*

## II.  ORDER

Based upon the foregoing, the Court hereby CONSOLIDATES *Seth Fisher v. City of Monroe et al.*, Cause No. 2:20-cv-01253 into *City of Monroe v. Fisher*, Cause No. 2:20-cv-01308.  Cause No. 2:20-cv-01253 shall be discontinued and the underlying litigation shall proceed in Cause No. 2:20-cv-01308.

IT IS SO ORDERED this 9th day of October 2020.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge