The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF MONROE, a Washington municipal corporation<br><br>       Plaintiff,<br><br>    v.<br><br>SETH FISHER, an individual and sole proprietor, d/b/a FISHER'S TOWING<br><br>       Defendant<br><br>SETH FISHER, a single person<br><br>       Counterclaim-Plaintiff<br><br>    v.<br><br>CITY OF MONROE, a Washington municipal corporation; AMY BRIGHT, an individual; BEN SWANSON, an individual; TIM QUENZER, an individual; and MICHAEL FITZGERALD, an individual,<br><br>       Counterclaim-Defendants. | Civil Action No. 2:20-1308-BJR (lead case)<br><br>Civil Action No. 2:20-cv-1253-BJR<br><br>ORDER <u>CONDITIONALLY</u> GRANTING MOTION TO WITHDRAW COUNSEL |

The Court is in receipt of the Motion to Withdraw as Counsel, filed by Bruce Galloway of the Galloway Law Group, and further supported by the declaration of Ryanne Mathisen, both counsel of record for Defendant/Counter-Claimant Seth Fisher. The Court finds good cause to grant the motion. However, the motion was filed after Plaintiff/Counter-Claim Defendants City of Monroe and Amy Bright filed their Motion for Summary Judgment, a response to which is due June 10, 2022. Concluding that granting the motion to withdraw while a summary judgment motion is pending would leave Defendant/Count-Claimant in an untenable position, the Court hereby *conditionally* GRANTS the Motion to Withdraw, PROVIDED THAT Fisher's counsel of record prepare and file a timely response to the Motion for Summary Judgment. The request for withdrawal will be approved after resolution of that motion.

Dated this 23rd day of May 2022.

Barbara        Jacobs        Rothstein
U.S. District Court Judge