UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE CITY OF MONROE, a Washington municipal corporation,<br>Plaintiff,<br>v.<br>SETH STEVEN FISHER, an individual and sole proprietor d/b/a FISHER'S TOWING,<br>Defendants.<br><br>SETH FISHER, a single person,<br>Counterclaim-Plaintiff,<br>v.<br>CITY OF MONROE, a Washington municipal corporation; AMY BRIGHT, an individual; BEN SWANSON, an individual; TIM QUENZER, an individual; and MICHAEL FITZGERALD, an individual,<br>Counterclaim-Defendants. | NO. 2:20-cv-01308-BJR<br><br>ORDER CONTINUING SUMMARY JUDGMENT DEADLINES |

## I.   ORDER

Having been fully advised of the premises and after reviewing the Stipulated Agreement among the parties, the Court does hereby ORDER:

1. Fisher's Response to the City of Monroe's Motion for Summary Judgment, presently due June 10, 2022, is hereby continued for three weeks, and is now due July 1, 2022; and

2. The City of Monroe's Reply in support of its Motion for Summary Judgment,

ORDER - 1

presently due June 24, 2022, is hereby continued for three weeks, and is now due July 15, 2022.

DATED this 31st day of May, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

GALLOWAY LAW GROUP PLLC:

By: /s/ Bruce C. Galloway
    Bruce C. Galloway, WSBA #15765
    Attorney for Fisher

ORDER - 2