1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

CITY OF MONROE, a municipal corporation

10

Plaintiff,

11

v.

12

SETH FISHER, an individual,

13

Defendants.

NO. 2:20-cv-01308-BJR

ORDER OF DISMISSAL WITHOUT
PREJUDICE

**[Clerk's Action Required]**

## I. STIPULATION

14
15

The parties believe that the case should be dismissed without prejudice in contemplation of

16

the terms and contingencies in their settlement agreement.

17

SO STIPULATED this 27th day of June, 2022,

18

WILLIAMS, KASTNER & GIBBS                    GALLOWAY LAW GROUP

19
20

By:_____                 By:_____
      Adam Rosenberg, WSBA 39256                    Bruce Galloway, WSBA #15765

21
22

601 Union Street, Suite 4100                 12101 N. Lakeshore Dr.
Seattle, WA  98101-2380                      Lake Stevens, WA 98258
Telephone:  (206) 628-6600                   Ph: 425-334-4400

23

Fax: (206) 628-6611                          Fax: 425-334-2149
Email: arosenberg@williamskastner.com        Email: bruce@glgpllc.com

24

Attorney for the City                        Attorney for Defendant

25

Order of Dismissal - 1

7615881.1
7615881.1

1

## II. ORDER

Based on the foregoing stipulation of counsel, this case is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of March, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC


By *s/Adam Rosenberg*
        Adam Rosenberg, WSBA 39256

Attorney for the City


STIPULATED TO; WAIVER OF NOTICE OF PRESENTATION:


GALLOWAY LAW GROUP


By: *s/Bruce Galloway*
        Bruce Galloway, WSBA #15765

Attorney for Defendant

Order of Dismissal - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7615881.1
7615881.1